> Plaintiffs' Notice of Voluntary Dismissal of this action is Acknowledged. The Court retains jurisdiction and will rule on the pending motions in dkts. 28 and 33, in due course. Dkt. 10 is DENIED as MOOT.
> TWP 3-1-2018

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MARTINSVILLE CORRAL, INC. d/b/a ) <br> MARTINSVILLE TEXAS CORRAL, ) <br> VICTOR A. SPINA AND ) <br> WILLIAM SPINA, ) <br> Plaintiffs, ) <br>  ) <br> vs. ) <br>  ) <br> SOCIETY INSURANCE ) <br> Defendant. ) | Case No. 1:17-cv-3103-TWP-DML |

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs hereby voluntarily dismiss this action without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.[1]

Plaintiffs note that this Court retains jurisdiction to rule on Defendant's *Motion for Sanctions* (Dkt. 28) and Plaintiffs' *Motion for Sanctions pursuant to 28 U.S.C. §1927* (Dkt. 33).[2]

---

[1] Rule 41(a)(1) allows a plaintiff to "dismiss without the court's permission, and without prejudice to his being able to bring a new suit, if the defendant has not yet answered the complaint or moved for summary judgment." *McCall–Bey v. Franzen*, 777 F.2d 1178, 1184 (7th Cir.1985); *see also*, 9 Charles Alan Wright & Arthur R. Miller, *Federal Practice & Procedure* § 2363 (3d ed. 1998 & Supp. 2009) ("[T]he notice is effective at the moment it is filed with the clerk. . . . No order of the court is required and the district judge may not impose conditions.") (footnote omitted).

[2] *Belleville Catering Co. v. Champaign Marketplace, LLC*, 350 F.3d 691, 694 (7th Cir. 2003) ("Although we lack jurisdiction to resolve the merits, we have ample authority to govern the practice of counsel in the litigation. See, e.g., *Willy v. Coastal Corp.,* 503 U.S. 131, 112 S.Ct. 1076, 117 L.Ed.2d 280 (1992); *Cooter & Gell v. Hartmarx Corp.,* 496 U.S. 384, 393-98, 110 S.Ct. 2447, 110 L.Ed.2d 359 (1990), [superseded by statute on other grounds]; *Szabo Food Service, Inc. v. Canteen Corp.,* 823 F.2d 1073 (7th Cir.1987)."

1

Respectfully submitted,

By: _s/ April M. Jay_____
Paul B. Overhauser
April M. Jay
**OVERHAUSER LAW OFFICES LLC**
740 W. Green Meadows Dr., Suite 300
Greenfield, IN 46140-4019
Phone: 317-467-9100
poverhauser@overhauser.com
ajay@overhauser.com
Attorneys for Plaintiffs

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing is being filed electronically, and notice hereof will automatically be sent to all counsel of record that participate in electronic filing, by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_s/ April M. Jay_____
April M. Jay